BEFORE THE FIRST DIVISION, MARCH 17, 1955

No. 58835.—Teigh, Inc. v. United States, protest 225467–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass bead Christmas tree ornaments similar in all material respects to those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C. D. 1445), the claim of the plaintiff was sustained.

No. 58836.—Alex. Murphy & Co. v. United States, protest 234245–K (Philadelphia).

Opinion by WILSON, J. In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

No. 58837.—S. A. Haram & Co., Inc., and B. Westergaard & Co. v. United States, protests 238256–K and 234759–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of herring similar in all material respects to that the subject of Abstract 57760, the claim of the plaintiffs was sustained.

No. 58838.—A. S. Gold & Bro. v. United States, protest 789063–G (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra*.